**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 18-1542**

─────────────

In re:  OWEN ODDMAN, a/k/a Star, a/k/a Charles Llewlyn,

　　　　Petitioner.

─────────────

On Petition for Writ of Mandamus.  (4:96-cr-00053-MR-1)

─────────────

Submitted:  August 23, 2018　　　　　　　　　　Decided:  August 27, 2018

─────────────

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Owen Oddman, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owen Oddman petitions for a writ of mandamus seeking an order directing the district court to resentence him to a lower term of imprisonment. We conclude that Oddman is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. U.S. Dist. Court*, 426 U.S. 394, 402 (1976); *United States v. Moussaoui*, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n*, 860 F.2d 135, 138 (4th Cir. 1988). Moreover, mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by Oddman is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*